IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, <br><br> Plaintiff, <br> v. <br><br> VICKIE V. HOWARD, et al. <br><br> Defendants. | * <br> * <br> * Case No. 7:20-CV-198(WLS) <br> * <br> * <br> * |

## **J U D G M E N T**

Pursuant to the jury verdict dated November 10, 2021 and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants Monica L. Howard, Felisa R. Sumlin and Matthew Howard, Jr. and against Defendant Vickie V. Howard. Defendants Monica L. Howard, Felisa R. Sumlin and Matthew Howard, Jr. shall also recover costs of this action against Vickie V. Howard.

This 12th day of November, 2021.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk