IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, : : : | |
|     Plaintiff, : : | Case No.: 7:20-CV-198 (WLS) |
| v. : : | |
| VICKIE V. HOWARD, *et al.,* : : | |
|     Defendants. : : | |

## ORDER

    A jury trial was held in this case on November 9-10, 2021. The jury returned a verdict in favor of Monica Howard, Felisa Sumlin and Matthew Howard Jr. The jury found that a principal and agent relationship did not exist between Vickie Victoria Howard and her father, Matthew Howard Sr., on April 4, 2020 and therefore the March 25, 1994 note dividing Matthew Howard Sr.'s Veterans Group Life Insurance benefit in equal shares between Felisa Sumlin and Matthew Howard Jr. was Matthew Howard Sr.'s will at the time of his death on April 13, 2020.

    On November 17, 2020 Prudential Insurance Company of America deposited funds equal to the total sum of the Death Benefit into the Registry of the Court pursuant to this Court's October 19, 2020 order. (Doc. 13.) The Parties are hereby **ORDERED** to confer and file a proposed order and/or judgment no later than **twenty-one (21) days from the entry of this order** for the disbursement of the funds to Felisa Sumlin and Matthew Howard Jr.

    **SO ORDERED**, this __16th__ day of November 2021.

                                                          **/s/ W. Louis Sands**
                                                          **W. LOUIS SANDS, SR. JUDGE**
                                                           **UNITED STATES DISTRICT COURT**