IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| THE PRUDENTIAL INS. CO. | : |
| | : |
| | : No: 7:20-CV-198 (WLS) |
| v. | : |
| | : |
| VICKIE V. HOWARD, et al., | : |
| | : |
| Defendant | : |
| | : |

**ORDER**

On October 6, 2020, Prudential Insurance Company of America filed the Interpleader action in the captioned case. (Doc. 1). Prudential had no means other than the Interpleader action of protecting itself against multiple conflicting or potentially conflicting claims and/or possible multiple litigation on the part of the defendants as to the Death Benefit. At all relevant times, the Insured, Matthew Howard, Sr. was covered under the Prudential Group Policy in the amount of $60,000.00

On November 17, 2020 Prudential Insurance Company of America deposited funds equal to the total sum of the Death Benefit into the Registry of the Court pursuant to this Court's October 19, 2020 order. (Doc. 13.) The exact amount deposited by Prudential Insurance Company of America was $60,259.84, the death benefit plus accrued interest. (Receipt Number 42491).

A jury trial was held in this case on November 9-10, 2021. The jury returned a verdict in favor of Monica Howard, Felisa Sumlin and Matthew Howard Jr. During the trial, Monica Howard,

Felisa Sumlin and Matthew Howard Jr. were represented by their attorney of record, Rick D. Collum of The Collum Law Firm.

The jury found upon the preponderance of the evidence that the Beneficiary Designation Change Form received by Prudential Insurance on March 25, 1994 was the will of Matthew Howard, Sr. and therefore the March 25, 1994 note dividing Matthew Howard Sr.'s Veterans Group Life Insurance benefit in equal shares between Felisa Sumlin and Matthew Howard Jr. was Matthew Howard Sr.'s will at the time of his death on April 13, 2020.

Thus, the Clerk of Court is hereby **ORDERED** to issue a check in the amount of $60,259.84, the funds deposited into the Registry of the Court, made payable to Felisa Sumlin, Matthew Howard, Jr., and The Collum Law Firm Trust Account. Said Check shall be mailed to Monica Howard, Felisa Sumlin and Matthew Howard Jr.'s attorney of record for distribution of funds.

SO ORDERED, this 19th day of November, 2021.

W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT